638

No. 823. A. M. KLEMM & SON *v.* WINTER HAVEN ET AL. April 8, 1940. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Central Land Co* v. *Laidley,* 159 U. S. 103, 112; *Patterson* v. *Colorado,* 205 U. S. 454, 460–461; *Tidal Oil Co.* v. *Flanagan,* 263 U. S. 444, 450. *Mr. Harvey C. Crittenden* for appellant. *Mr. Henry M. Sinclair* for appellees.

No. 840. ACME FAST FREIGHT, INC., ET AL. *v.* UNITED STATES ET AL.

April 8, 1940. *Per Curiam:* The decree is affirmed. *Lehigh Valley R. Co.* v. *United States,* 243 U. S. 444; *Interstate Commerce Commission* v. *Delaware, L. & W. R. Co.,* 220 U. S. 235; *Northern Ry. Co.* v. *O'Connor,* 232 U. S. 508. *Mr. J. R. Turney* for appellants. *Mr. J. Stanley Payne* for appellees.

No. —, original. EX PARTE ROBERT CONSIDINE. April 8, 1940. Motion for leave to file petition for writ of habeas corpus denied.

No. 674. UNITED STATES *v.* APPALACHIAN ELECTRIC POWER Co. April 8, 1940. The motion of the States of Virginia and West Virginia for a continuance is granted and the case is assigned for argument on Monday, October 14, next. The CHIEF JUSTICE took no part in the consideration and decision of this application.